AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

*filed in open court 1/19/05 /RBR*

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF Massachusetts

UNITED STATES OF AMERICA
V.
Cela

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER:

I, Jose Cela, charged in a ☒ complaint ☐ petition pending in this District with Visa Fraud

in violation of Title 18, U.S.C., 1546(a),

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

1-19-05
Date

_____
Defendant

Edward D. Hayden
Counsel for Defendant