UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **05 CR 10049 RWZ** |
| ) | Criminal No. 05-CR-_____ |
| v. ) | |
| ) | VIOLATIONS: |
| JOSE FELIX PALAGUACHI CELA ) | |
| ) | 18 U.S.C. § 1546 – |
| ) | Obtaining a False Visa |

### INFORMATION

<u>COUNT ONE</u>:    (18 U.S.C. § 1546(a) – Obtaining False Visa).

The United States Attorney charges that:

In or about November 2004, at Brockton, in the District of Massachusetts, JOSE FELIX PALAGUACHI CELA, defendant herein, did knowingly and intentionally possess, obtain, accept and receive a visa, knowing it to be forged, counterfeited, altered, falsely made, and otherwise procured by fraud and unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a).

MICHAEL J. SULLIVAN
United States Attorney

By: _____
NANCY RUE
Assistant U.S. Attorney

DATED:    February 28, 2005

§JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

05CR 10049 RWZ

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**       **Category No.** 11       **Investigating Agency** ICE / IRS

**City** Brockton       **Related Case Information:**

**County** _____

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  05-1616-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Jose Felix Palaguachi Cela       **Juvenile:** ☐ Yes  ■ No

**Alias Name** _____

**Address** _____

**Birthdate:** 1982   **SS #** _____   **Sex:** Male   **Race:** Hispanic   **Nationalit** Ecuadorian

**Defense Counsel if known:** Edward Hayden, Esq.       **Address** _____

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** Nancy Rue       **Bar Number if applicable** _____

**Interpreter:** ■ Yes  ☐ No       **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes  ■ No

☐ Warrant Requested       ☐ Regular Process       ■ In Custody

### Location Status:

**Arrest Date** January 14, 2005

■ Already in Federal Custody as of   January 14, 2005   in   Boston, Massachusetts
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ■ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ■ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** February 28, 2005       **Signature of AUSA:** Nancy Rue

...

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Jose Felix Palaguachi Cela

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1546(a) | Obtaining False Visa | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____