AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Jose Felix Cela

WAIVER OF INDICTMENT

CASE NUMBER: 05-CR-10049-RWZ

I, Jose Felix Palaguachi Cela, the above named defendant, who is accused of accepting, possessing, using or obtaining a visa knowing it to be forged, counterfeit, falsely made or otherwise procured by fraud and unlawfully obtained in violation of 18 USC §1546(a) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 17, 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Edward L. Hayden
Counsel for Defendant

Before _____
Judicial Officer

3/17/05

This form was electronically produced by Elite Federal Forms, Inc.