UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. ) CR-10049-RWZ
)
JOSE FELIX PALAGUACHI CELA )

### JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

Defendant Jose Felix Palaguachi Cela was charged by way of complaint in Criminal No. 05-1616-CBS with knowingly and intentionally possessing, obtaining, accepting and receiving a visa, knowing it to be forged, counterfeited, altered, falsely made, and otherwise procured by fraud and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

Defendant was arrested on January 14, 2005. At the Defendant's initial appearance, the government moved for the defendant's detention under 18 U.S.C. §3142(d) and § 3142(f)(1)(C)(2)(A). The government's motion for detention was pending until the detention/probable cause hearing held on January 19, 2005. At that hearing, the government's motion for detention was resolved by the Court because the Defendant agreed to an order of voluntary detention.

Subsequent to these events, there were discussions between the defendant's counsel and the government about the disposition of this matter. Defendant assented to waive speedy trial provisions between February 9, 2005 and February 28, 2005, in order to proceed

by information rather than indictment.

WHEREFORE, both parties respectfully request that the Court:

1) Pursuant to 18 U.S.C. §3161(h)(1)(F), exclude the period from January 14, 2005 to January 19, 2005 in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b); and

ii) Pursuant to 18 U.S.C. §3161(h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the period from February 9, 2005 to February 28, 2005, in computing the time within which an information or an indictment must be filed under 18 U.S.C. §3161(b).

|  |  | Respectfully submitted, |
|---|---|---|
| JOSE FELIX PALAGUACHI CELA<br>By His Attorney | By: | MICHAEL J. SULLIVAN<br>United States Attorney |
| EDWARD L. HAYDEN, Esq.<br>Attorney for Defendant<br>7 Franklin Street<br>Lynn, MA 02210<br>(781) 599-1190 |  | NANCY RUE<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3260 |

March 21, 2005