UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | ) |
| | )Criminal No. 05-10049-RWZ |
| | ) |
| **JOSE FELIX PALAGUACHI CELA** | ) |
| | ) |
| **Defendant** | ) |

### JOINT MOTION TO SET ASIDE PLEA

The parties in this matter hereby jointly move to set aside the plea that was entered in this case on March 17, 2005, and to schedule a new plea hearing for April 7, 2005.

As a basis for this motion, the parties state that consistent with the colloquy among the Court and counsel at that time, an immigration detainer has been lodged by the appropriate federal agency, and defendant does not intend to contest his deportation. The defendant wishes removal to take place as quickly as possible and wishes to give this Court the power to enter a judicial order of removal at his sentencing. This can be accomplished at the hearing set for April 7, 2005, but only if, pursuant to 8 U.S.C. § 1228(c)(5), the parties have entered into a plea agreement.

Accordingly, the parties jointly move this Court to set aside the plea previously taken in this matter, in order that the defendant may enter a plea agreement with the government in which he waives his rights to notice and a hearing. It is the parties'

expectation that, with the Court's indulgence, he may then enter a plea pursuant to the plea agreement, and sentencing and order of removal may all occur in the same proceeding, on April 7, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Nancy Rue
     Nancy Rue
     Assistant U.S. Attorney


     /s/ Edward Hayden
     Edward Hayden, Esquire
     Attorney for Defendant