UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) Criminal No. 05-10049-RWZ |
| | ) |
| JOSE FELIX PALAGUACHI CELA | ) |
| | ) |
| Defendant | ) |

### ORDER OF STIPULATED JUDICIAL DEPORTATION

Pursuant to the authority created by section 374(a)(3) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996), codified at Title 8, United States Code, Section 1228(c)(5), and upon the parties' agreement to the entry of a stipulated judicial order of deportation, it is hereby ordered that the defendant, JOSE FELIX PALAGUACHI CELA, an alien removable under 8 U.S.C. § 1182(a)(2)(A)(i)(I) and § 8 U.S.C. § 1182(a)(6)(A)(i), upon conviction and after release from any period of incarceration, be taken into custody by the United States Immigration and Customs Enforcement and deported to the Ecuador or to any other country as prescribed by the immigration laws of the United States of America.

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

Dated: April 7, 2005