AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

v.

Jose Felix Palaguachi Cela

**WARRANT FOR ARREST**

CASE NUMBER: 05-1616-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Jose Felix Palaguachi Cela___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
possessing, obtaining, accepting, and receiving a visa, knowing it to be forged, counterfeit, and otherwise procured by fraud and unlawfully obtained

in violation of Title __18__ United States Code, Section(s) __1546(a)__

Hon. Charles B. Swartwood III
Name of Issuing Officer

Chief, United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

1-13-05 @ Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

EXECUTED BY 1/14/05
ARRAIGNMENT OF THE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

*Stamp: RECEIVED 2005 JAN 18 P 12:00 U.S. MARSHAL SERVICE BOSTON, MA*

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____